UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT RADSPIELER,

    Plaintiff,                               Case No. 1:20-cv-777

v.                                           Hon. Hala Y. Jarbou

CITY OF OTSEGO, et al.,

    Defendants.
_____/

## **ORDER**

    Before the Court is Plaintiff's Motion for Leave to File Reply to Defendants' Response to Motion for Leave to File First Amended Complaint (ECF No. 37).  Accordingly:

    **IT IS ORDERED** that Plaintiff's Motion for Leave to File Reply to Defendants' Response to Motion for Leave to File First Amended Complaint (ECF No. 37) is **GRANTED**.  Plaintiff shall file his reply, limited to 2,000 words, within seven (7) days from this order.


Dated:   February 8, 2021                       /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       UNITED STATES DISTRICT JUDGE